UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 2:22-cv-176

**JERROD DODD**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, **JERROD DODD**, by and through the undersigned counsel, and sues Defendant, **UNITED STATES OF AMERICA**, and in support thereof, would allege as follows:

## JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act under 28 U.S.C. §§ 1346(b), 2401(b), and 2671-22680.

2. Plaintiff has complied with all conditions precedent to filing this lawsuit against the UNITED STATES OF AMERICA.  More specifically:

    a. On or about September 6, 2020, Plaintiff, **JERROD DODD**, complied with the provisions of the Federal Tort Claims Act by submitting an Administrative Claim for the claims set forth below to the United States Postal Service via certified, US Mail to: United States Postal Service, National Tort Claims Center, 1720 Market Street, Room 2400, Saint Louis, MO 63155; and United States Postal Service, National Tort Claims Center, PO Box 52-0007, Miami, FL 33152.  Receipt of the

claim was confirmed via certified return receipt on September 8, 2020 (return receipt #70200640000106850030) and September 11, 2020 (return receipt #70200640000106850023), respectively.

b. On September 21, 2021 the claim was denied. Less than six months have passed since the claim was denied and the claimant may therefore institute action upon the **UNITED STATES OF AMERICA.** *28 U.S.C. § 2401(b)*

3. Venue is proper within this district under 28 U.S.C. § 1402(b) as the events giving rise to Plaintiff's cause of action occurred in Desoto County, Florida, in the Middle District of Florida.

## PARTIES

4. The Plaintiff, **JERROD DODD**, was at all times material hereto, a resident of Pasco County, Florida and is *sui juris*.

5. At all times material hereto, upon information and belief, Cassandra Chelsey, was an employee of the federal government of the **UNITED STATES OF AMERICA,** specifically, the United States Postal Service, and was acting within the course and scope of her employment with the United States Postal Service.

6. At all times material hereto, the Defendant, **UNITED STATES OF AMERICA**, was and still is a Governmental entity that owned, operated, and/or maintained a Postal Truck motor vehicle, VIN: 1GBCS10A3NW2909937.

7. The **UNITED STATES OF AMERICA** is the appropriate defendant under the Federal Tort Claim Act, and is subject to no exceptions thereunder.

## FACTS

8. That on or about August 22, 2019, at approximately 4:00 P.M., Plaintiff,

**JERROD DODD**, was driving his vehicle northbound on East Hickory Street in Desoto County, Florida.

9. That on or about August 22, 2019, at approximately 4:00 P.M., while operating the Postal Truck motor vehicle, as referenced in Paragraph 6, northbound on East Hickory Street in Desoto County, Florida, with the express knowledge and consent Defendant, **UNITED STATES OF AMERICA**, Cassandra Chelsey did so carelessly operate the aforesaid vehicle, to wit: making an improper left turn, so as to cause a collision with the vehicle in which Plaintiff, **JERROD DODD,** was traveling.

10. That as a result of the collision, the Plaintiff, **JERROD DODD**, sustained serious bodily injuries.

## NEGLIGENCE AGAINST UNITED STATES OF AMERICA

The Plaintiff, **JERROD DODD**, re-affirms and re-alleges each of the allegations contained in paragraphs 1 through 10, as if they were fully and completely set forth herein, and further would allege as follows:

11. At all times material hereto, Cassandra Chelsey, had a duty to operate the United States Postal Services' vehicle in a safe and prudent manner and to follow all traffic rules, regulations, ordinances, and laws.

12. At the time and place of the motor vehicle collision detailed above, Cassandra Chelsey, committed one or more of the following negligent acts or omissions:

    a. Carelessly and negligently operating a motor vehicle;

    b. Making an improper left turn;

    c. Making an improper lane change;

    d. Violating Plaintiff's right of way;

    e. Driving recklessly and carelessly;

    f.   Failing to maintain control over the motor vehicle she was driving; and/or

    g.   Failing to operate her motor vehicle in a careful and prudent manner.

13.    That as the owner of the aforesaid Postal Truck motor vehicle, the **UNITED STATES OF AMERICA**, is liable to the Plaintiff for the negligent operation of said vehicle by, Cassandra Chelsey.

14.    That as a direct and proximate result of the above-referenced negligent acts and omissions, Plaintiff, **JERROD DODD**, was injured in and around his body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future; suffered loss for the capacity for the enjoyment of life; and/or incurred medical expenses for the care and treatment of her injuries.  Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

**WHEREFORE**, the Plaintiff, **JERROD DODD**, prays for entry of a judgment against the Defendant, **UNITED STATES OF AMERICA**, as follows: (a) in the amount of $2,600,000.00; (b) costs of suit; (c) post-judgment interest; (d) such other relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2022, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**FENSTERSHEIB LAW GROUP, P.A.**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone: (954) 456-2488
Facsimile: (954) 867-1844

**/s/ Jason R. Manocchio**
Jason R. Manocchio, Esquire
Florida Bar No: 92477
**Email Addresses for service Pursuant to Fla. R. Jud. Admin 2.516**
Primary: jason@fenstersheib.com
Secondary: jm-pleadings@fenstersheib.com